**FERRUZZO & FERRUZZO, LLP**
A Limited Liability Partnership,
including Professional Corporations
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone: (949) 608-6900
Facsimile: (949) 608-6994

JAMES F. RUMM, Bar No. 224412
jrumm@ferruzzo.com
ALISON C. GIBBS, Bar No. 257526
agibbs@ferruzzo.com

Attorneys for Defendant
DE ANZA PLAZA APARTMENTS II

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, An Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DE ANZA PLAZA APARTMENTS II, A CALIFORNIA GENERAL PARTNERSHIP; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 8:20-cv-01466-DOC-KES<br><br>Assigned for All Purposes To:<br>District Judge: David O. Carter<br>Magistrate Judge: Karen E. Scott<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: August 25, 2020<br>Current response date: September 15, 2020<br>New response date: October 5, 2020 |

## **STIPULATION**

Pursuant to Civil Local Rule 8-3 and the Court's Standing Order, Plaintiff entity known as the United African-Asian Abilities Club, On Behalf Of Itself And Its Members and the individual Plaintiff Jessie James Davis IV (collectively referred to as the "Plaintiffs"), by and through his attorneys of record, and Defendant De Anza Plaza Apartments II, A California General Partnership ("Defendant"), by and through its attorneys of record, hereby stipulate to an extension as follows:

WHEREAS, on August 7, 2020, Plaintiffs filed its initial complaint ("the Complaint") against Defendant.

WHEREAS, on August 25, 2020, Plaintiffs served Defendant with Complaint.

WHEREAS, the last day for Defendant to answer or otherwise respond to Plaintiffs' Complaint is September 15, 2020.

WHEREAS, Defendant desires additional time to prepare and file a responsive pleading.

WHEREAS, Plaintiffs are willing to provide additional time for Defendant to prepare and file its responsive pleading for twenty one additional days, up and through to October 5, 2020.

WHEREAS, on September 14, 2020, the parties conferred through their counsel of record and agreed to provide Defendant with a two-week extension of time to file its answer or otherwise response to the initial Complaint.

WHEREAS, the extension requested does not exceed more than a cumulative total of thirty (30) days from the date the response initially would have been due.

Based on the foregoing and for good cause shown, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

(1) Defendant's date to answer or otherwise respond to the Complaint on file in the above-referenced action is extended from September 15, 2020 to October 5, 2020.

**IT IS SO STIPULATED.**

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

| | |
|---|---|
| Dated: September 14, 2020 | FERRUZZO & FERRUZZO, LLP<br><br>By: _____<br>JAMES F. RUMM<br>ALISON C. GIBBS<br>Attorneys for Defendant<br>DE ANZA PLAZA APARTMENTS |
| Dated: September 14, 2020 | LIGHTNING LAW, APC<br><br>By: /s/ David Wakefield<br>_____<br>DAVID C. WAKEFIELD<br>Attorneys for Plaintiffs<br>THE UNITED AFRICAN-ASIAN<br>ABILITIES CLUB, ON BEHALF<br>OF ITSELF AND ITS MEMBERS<br>AND THE INDIVIDUAL<br>PLAINTIFF JESSIE JAMES<br>DAVIS IV |

*Pursuant to Local Rule 5-4.3.4(2),the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.