**FERRUZZO & FERRUZZO, LLP**
A Limited Liability Partnership,
including Professional Corporations
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone: (949) 608-6900
Facsimile: (949) 608-6994

JAMES F. RUMM, Bar No. 224412
jrumm@ferruzzo.com
ALISON C. GIBBS, Bar No. 257526
agibbs@ferruzzo.com

Attorneys for Defendant
DE ANZA PLAZA APARTMENTS II

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, An Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DE ANZA PLAZA APARTMENTS II, A CALIFORNIA GENERAL PARTNERSHIP; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 8:20-cv-01466-SB-KES<br><br>Assigned To:<br>District Judge: Stanley Blumenfeld, Jr.<br><br>**DEFENDANT, DE ANZA PLAZA APARTMENTS II'S ANSWER TO PLAINTIFFS' COMPLAINT** |

Defendant DE ANZA PLAZA APARTMENTS II, a general partnership ("Defendant") hereby answers Plaintiffs UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS and JESSIE JAMES DAVIS IV'S ("Plaintiffs') Complaint ("Complaint") as follows:

1. As to paragraph 1 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' jurisdictional allegations, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations as they relate to

1  Defendant, except to admit that this Court has jurisdiction over the subject matter of
2  Plaintiffs' claims.

3       2.     As to paragraph 2 of Plaintiffs' Complaint, this paragraph contains
4  Plaintiffs' jurisdictional allegations, to which no response is required. To the extent a
5  response is deemed required, Defendant denies the allegations as they relate to
6  Defendant, except to admit that this Court is the proper venue for Plaintiffs' claims.

7       3.     As to paragraph 3 of Plaintiffs' Complaint, this paragraph contains
8  Plaintiffs' jurisdictional allegations, to which no response is required. To the extent a
9  response is deemed required, Defendant denies the allegations as they relate to
10 Defendant, except to admit that this Court has jurisdiction over the subject matter of
11 Plaintiffs' claims.

12      4.     As to paragraph 4 of Plaintiffs' Complaint, Defendant lacks sufficient
13 knowledge or information to form a belief as to the truthfulness of the allegations
14 contained therein, and on that basis denies each and every allegation.

15      5.     As to paragraph 5 of Plaintiffs' Complaint, Defendant lacks sufficient
16 knowledge or information to form a belief as to the truthfulness of the allegations
17 contained therein, and on that basis denies each and every allegation.

18      6.     As to paragraph 6 of Plaintiffs' Complaint, Defendant admits it is a
19 business organized and existing and/or doing business under the laws of the State of
20 California. Defendant further admits that it is an owner, operator, and/or lessor of the
21 real property located at 2520 W La Palma Ave, Anaheim, CA 92801.

22      7.     As to paragraph 7 of Plaintiffs' Complaint, Defendant admits that it is a
23 business or corporation or franchise, organized and existing and/or doing business
24 under the laws of the State of California owner, operator, and/or lessor of the real
25 property located at 2520 W La Palma Ave, Anaheim, CA 92801. With respect to
26 Plaintiffs' allegations regarding his knowledge of the true names, capacities,
27 connections, and responsibilities of Defendant and Plaintiffs' intent to seek leave to
28 amend to add additional defendants, to which no response is required. To the extent a

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

1 response is deemed required, Defendant lacks sufficient knowledge or information to
2 form a belief as to the truthfulness of the allegations. With respect to the remaining
3 allegations in this paragraph, Defendant denies each and every allegation.

4     8. As to paragraph 8 of Plaintiffs' Complaint, Defendant lacks sufficient
5 knowledge or information to form a belief as to the truthfulness of the allegations
6 contained therein, and on that basis Defendant denies each and every allegation.

7     9. As to paragraph 9 of Plaintiffs' Complaint, Defendant lacks sufficient
8 knowledge or information to form a belief as to the truthfulness of the allegations
9 contained therein regarding the named individuals actions beliefs, and on that basis
10 Defendant denies each and every allegation. Defendant further denies the existence of
11 barriers as set forth in Paragraph 9.

12     10. As to paragraph 10 of Plaintiffs' Complaint, Defendant lacks sufficient
13 knowledge or information to form a belief as to the truthfulness of the allegations
14 contained therein, and on that basis Defendant denies each and every allegation.

15     11. As to paragraph 11 of Plaintiffs' Complaint, Defendant lacks sufficient
16 knowledge or information to form a belief as to the truthfulness of the allegations
17 contained therein, and on that basis Defendant denies each and every allegation.

18     12. As to paragraph 12 of Plaintiffs' Complaint, Defendant lacks sufficient
19 knowledge or information to form a belief as to the truthfulness of the allegations
20 Regarding the members of Plaintiffs' club, and on that basis Defendant denies each
21 and every allegation regarding said club. Defendant denies all allegations regarding
22 the websites in issue, which are not owned, operated or maintained by Defendant.

23     13. As to paragraph 13 of Plaintiffs' Complaint, Defendant denies each and
24 every allegation as it relates to Defendant.

25     14. As to paragraph 14 of Plaintiffs' Complaint, Defendant denies that it
26 prevented people from being able to text, as 711 provides a nearly identical service to
27 all TTY services, as to the remainder of Paragraph 14 Defendant denies each and every
28 allegation as it relates to Defendant.

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

DEFENDANT, DE ANZA PLAZA APARTMENTS II'S ANSWER TO PLAINTIFFS' COMPLAINT
D616.3 \ 560632v1

15. As to paragraph 15 of Plaintiffs' Complaint, Defendant denies each and every allegation as it relates to Defendant.

16. As to paragraph 16 of Plaintiffs' Complaint, Defendant denies each and every allegation as it relates to Defendant.

17. As to paragraph 17 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant.

18. As to paragraph 18 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant.

19. As to paragraph 19 of Plaintiffs' Complaint, Defendant denies each and every allegation as it relates to Defendant.

20. As to paragraph 20 of Plaintiffs' Complaint, Defendant denies each and every allegation as it relates to Defendant.

21. As to paragraph 21 of Plaintiffs' Complaint, Defendant denies each and every allegation as it relates to Defendant.

22. As to paragraph 22 of Plaintiffs' Complaint, Defendant denies each and every allegation as it relates to Defendant.

23. As to paragraph 23 of Plaintiffs' Complaint, Defendant denies each and every allegation as it relates to Defendant.

24. As to paragraph 24 of Plaintiffs' Complaint, Defendant denies each and every allegation as it relates to Defendant.

25. As to paragraph 25 of Plaintiffs' Complaint, Defendant denies each and every allegation as it relates to Defendant.

26. As to paragraph 26 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

DEFENDANT, DE ANZA PLAZA APARTMENTS II'S ANSWER TO PLAINTIFFS' COMPLAINT

D616.3 \ 560632v1

is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves.

27. As to paragraph 27 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves.

28. As to paragraph 28 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 28.

29. As to paragraph 29 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 29.

30. As to paragraph 30 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 30.

31. As to paragraph 31 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves.

32. As to paragraph 32 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves.  Defendant further denies all factual allegations asserted within Paragraph 32.

33. As to paragraph 33 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves.  Defendant further denies all factual allegations asserted within Paragraph 33.

34. As to paragraph 34 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves.

35. As to paragraph 35 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves.  Defendant further denies all factual allegations asserted within Paragraph 35.

36. As to paragraph 36 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 36.

37. As to paragraph 37 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 37.

38. As to paragraph 38 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 38.

39. As to paragraph 39 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 39.

40. As to paragraph 40 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 40.

41. As to paragraph 41 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 41.

42. As to paragraph 42 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 42.

43. As to paragraph 43 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 43.

44. As to paragraph 44 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 44.

45. As to paragraph 45 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 45.

46. As to paragraph 46 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 46.

47. As to paragraph 47 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves.

48. As to paragraph 48 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 48.

49. As to paragraph 49 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 49.

50. As to paragraph 50 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 5o.

51. As to paragraph 51 of Plaintiffs' Complaint, this paragraph contains Plaintiffs' allegations analyzing potential bases of legal liability, to which no response is required. To the extent a response is deemed required, Defendant denies each and every allegation contained therein as it relates to Defendant, except to refer to the language of the referenced law and statutes, which speak for themselves. Defendant further denies all factual allegations asserted within Paragraph 51.

## PRAYER FOR RELIEF

The remainder of Plaintiffs' Complaint contains Plaintiffs' prayer for relief, to which no response is required. To the extent a response is required, Defendant denies each and every allegation contained therein as it relates to Defendant and specifically denies that Plaintiffs are entitled to any relief whatsoever. Except as expressly admitted above, Defendant denies each and every allegation contained in Plaintiffs' Complaint as it relates to Defendant.

## DEFENDANT'S AFFIRMATIVE DEFENSES

As and for separate and distinct affirmative defenses to Plaintiffs' Complaint on file herein, Defendant alleges as follows:

### FIRST SEPARATE AND AFFIRMATIVE DEFENSE

1. Plaintiffs fails to state facts sufficient to state a claim upon which relief may be granted against Defendant because the complaint as pled fails to identify specific discriminatory conduct that Defendants in engaged in.

### SECOND SEPARATE AND AFFIRMATIVE DEFENSE

2. Defendants is informed, believes and thereupon alleges that Plaintiffs failed, and continue to fail, to take reasonable steps to mitigate their alleged damages regarding their alleged injuries that they claim that Defendant has caused.

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

### THIRD SEPARATE AND AFFIRMATIVE DEFENSE

3. The named Plaintiff, Jessie James Davis, lacks standing to bring the instant action and that there is no actionable case or controversy to be adjudicated as he has not established that he suffered any disability or discrimination based upon disability as asserted in the complaint.

### FOURTH SEPARATE AND AFFIRMATIVE DEFENSE

4. Defendant is informed, believes and thereupon alleges that Plaintiffs' claims for damages are due, if at all, to the wrongful conduct of others.

### FIFTH SEPARATE AND AFFIRMATIVE DEFENSE

5. Defendant is informed, believes and thereupon alleges that the accommodations requested by Plaintiffs are not readily achievable for the property at issue.

### SIXTH SEPARATE AND AFFIRMATIVE DEFENSE

6. Defendant is informed, believes and thereupon alleges that the accommodations requested by Plaintiffs are not feasible given the layout and construction of the property at issue.

### SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE

7. Defendant is informed, believes and thereupon alleges that the accommodations requested by Plaintiffs would result in undue burden to Defendant.

### EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE

8. Defendant is informed, believes and thereupon alleges that Plaintiffs' claims are barred by the doctrine of laches in that Plaintiffs waited too long to pursue their claims against Defendant herein.

### NINTH SEPARATE AND AFFIRMATIVE DEFENSE

9. Defendant is informed, believes and thereupon alleges that Plaintiffs' claims are barred by the doctrine of estoppel in that Plaintiffs failed to pursue this claim in a timely fashion and that Plaintiffs lack of promptness led Defendant to believe no action was necessary.

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

DEFENDANT, DE ANZA PLAZA APARTMENTS II'S ANSWER TO PLAINTIFFS' COMPLAINT

D616.3 \ 560632v1

### TENTH SEPARATE AND AFFIRMATIVE DEFENSE

10. Defendant is informed, believes and thereupon alleges that Plaintiffs' claims are barred by the doctrine of waiver in that Plaintiffs have tacitly agreed to any and all wrongdoing alleged by Defendant.

### ELEVENTH SEPARATE AND AFFIRMATIVE DEFENSE

11. Defendant is informed, believes and thereupon alleges that to the extent, Plaintiffs have suffered any injury, Defendant is entitled to Equitable Indemnity by other Third Parties who are responsible for the harm alleged.

### TWELFTH SEPARATE AND AFFIRMATIVE DEFENSE

12. Defendant is informed, believes and thereupon alleges that to the extent, Plaintiffs have suffered any injury, Defendant is entitled to Explicit Indemnity by other Third Parties who are responsible for the harm alleged.

### THIRTEENTH SEPARATE AND AFFIRMATIVE DEFENSE

13. Defendant is informed, believes and thereupon alleges that Defendant's property is not subject to the provisions of statutes that were enacted following the construction of the property in question.

### FOURTEENTH SEPARATE AND AFFIRMATIVE DEFENSE

14. Defendant alleges that any and all alleged action, or inaction by Defendant with respect to Plaintiffs, if proven by Plaintiffs, was taken for legitimate non-discriminatory reasons.

### FIFTEENTH SEPARATE AND AFFIRMATIVE DEFENSE

15. Defendant alleges that any and all alleged action, or inaction by Defendant with respect to Plaintiffs, if proven by Plaintiffs, was necessary to the operation of Defendant's business and effectively carried out the significant business needs served by any such action, or inaction.

### SIXTEENTH SEPARATE AND AFFIRMATIVE DEFENSE

16. Defendant alleges that the acts or omissions of Plaintiffs, in whole or in part, were a substantial factor, or proximate cause of Plaintiffs' damages, if any.

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone (949) 608-6900

DEFENDANT, DE ANZA PLAZA APARTMENTS II'S ANSWER TO PLAINTIFFS' COMPLAINT

D616.3 \ 560632v1

**SEVENTEENTH SEPARATE AND AFFIRMATIVE DEFENSE**

17. Defendant alleges that Plaintiff's Complaint fails to allege claims, or allege facts sufficient to rise to the level of conduct required to recover punitive damages.

**EIGHTEENTH SEPARATE AND AFFIRMATIVE DEFENSE**

18. Defendant is informed, believes and thereupon alleges that that Plaintiffs' Complaint is barred by the applicable statutes of limitation.

**PRAYER**

**WHEREFORE**, Defendant, DE ANZA PLAZA APARTMENTS II, prays for judgment:

1. That Plaintiffs take nothing by the Complaint and not be granted any relief against Defendant, DE ANZA PLAZA APARTMENTS II;

2. That the Complaint be dismissed with prejudice;

3. For entry of Judgment in favor of Defendant, DE ANZA PLAZA APARTMENTS II and against Plaintiffs on the Complaint;

4. That Defendant, DE ANZA PLAZA APARTMENTS II, be awarded attorney's fees, costs and interest thereon, as allowed by law;

5. For such other and further relief as the Court deems proper and just.

Dated: October 5, 2020

FERRUZZO & FERRUZZO, LLP

By: _____
JAMES F. RUMM
ALISON C. GIBBS
Attorneys for Defendant
DE ANZA PLAZA APARTMENTS II

---

DEFENDANT, DE ANZA PLAZA APARTMENTS II'S ANSWER TO PLAINTIFFS' COMPLAINT

D616.3 \ 560632v1